BRADLEY J. MULLINS (SBN 274219)
   bym@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, California 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

CHRISTINE LEPERA (*pro hac vice application forthcoming*)
   ctl@msk.com
JEFFREY M. MOVIT (*pro hac vice application forthcoming*)
   jmm@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

Attorneys for Plaintiffs
Prescription IP LLC and Prescription Songs, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESCRIPTION IP LLC, a California limited liability company, and PRESCRIPTION SONGS, LLC, a California limited liability company, | Case No. |
| | **COMPLAINT** |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| TONY FRESCH p/k/a DR. FRESCH INSOMNIAC HOLDINGS, LLC d/b/a INSOMNIAC MUSIC GROUP, a Delaware limited liability company, and INSOMNIAC RECORDS, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiffs Prescription IP LLC ("Prescription IP") and Prescription Songs, LLC ("Prescription Songs") (together, the "Plaintiffs"), by their undersigned attorneys, Mitchell Silberberg & Knupp LLP, allege against defendants Tony Fresch p/k/a Dr. Fresch, Insomniac Holdings, LLC d/b/a Insomniac Music Group, and Insomniac Records, LLC (each, a "Defendant" and collectively, "Defendants"), as follows:

## NATURE OF THE ACTION

1.     Since at least 2010, Plaintiffs have exclusively used the name "Prescription Songs" and related marks such as "Rx Songs" (collectively, the "PRESCRIPTION SONGS Marks") in conjunction with the provision of music publishing and licensing services to a roster of world-renowned songwriters and producers.  As a result of the extensive use and overwhelming commercial success enjoyed under the PRESCRIPTION SONGS Marks, the PRESCRIPTION SONGS Marks have become widely recognized in the music industry as synonymous with, and a symbol of, Plaintiffs' goodwill and excellent reputation.

2.     In disregard of Plaintiffs' strong and longstanding trademark rights, Defendants recently launched a record label under the confusingly similar name "The Prescription Records" and use a logo featuring the term "Rx" in conjunction therewith.

3.     To protect the enormous goodwill built up in the PRESCRIPTION SONGS Marks, and to protect consumers from the confusion that will inevitably result from Defendants' continued use of a substantially indistinguishable name, Prescription Songs brings this action against Defendants for false designation of origin (in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)), wrongful domain name registration (in violation of Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d)), unfair business practices (in violation of California Business and Professions Code §§ 17200 *et seq.*), and trademark infringement and unfair competition (in violation of California common law).

## THE PARTIES

4.    Prescription IP is a limited liability company organized and existing under the laws of the State of California with a principal place of business at 9111 Sunset Boulevard, Los Angeles, California 90069.  Prescription IP is the exclusive owner of the PRESCRIPTION SONGS Marks.

5.    Prescription Songs is a limited liability company organized and existing under the laws of the State of California with a principal place of business at 9111 Sunset Boulevard, Los Angeles, California 90069.  Prescription Songs is a corporate affiliate of Prescription IP and the exclusive licensee of all rights in the PRESCRIPTION SONGS Marks for use in connection with music publishing services anywhere in the world.

6.    Upon information and belief, Defendant Tony Fresch p/k/a Dr. Fresch is an individual who is currently, and was at all relevant times herein, a resident of the State of California.

7.    Upon information and belief, Defendant Insomniac Holdings, LLC d/b/a Insomniac Music Group is a limited liability company organized and existing under the laws of the State of Delaware, and registered to do business in the State of California, with a principal place of business at 9441 Olympic Boulevard, Beverly Hills, California 90212.

8.    Upon information and belief, Defendant Insomniac Records, LLC is a limited liability company organized and existing under the laws of the State of Delaware, with a principal place of business at 9441 Olympic Boulevard, Beverly Hills, California 90212.

## JURISDICTION AND VENUE

9.    This Court has original subject matter jurisdiction over the Lanham Act claims, 15 U.S.C. § 1051 *et seq.*, pursuant to 28 U.S.C. §§ 1331 and 1338, and has supplemental jurisdiction over the state and common law claims, pursuant to 28

Mitchell Silberberg & Knupp LLP

11540725.4

**PRESCRIPTION SONGS' COMPLAINT**

U.S.C. § 1367(a), because such claims are so related to the claims under this Court's original jurisdiction that they form a part of the same case or controversy.

10. This Court has personal jurisdiction over Defendants because Defendants solicit business from, transact business with residents of, and are otherwise doing business within the State of California and have committed unlawful acts within and outside the State of California causing injury in the State of California.

11. Venue in this judicial district is proper, pursuant to 28 U.S.C. § 1391, because Defendants are subject to personal jurisdiction in this judicial district and/or a substantial part of the events giving rise to the claims herein have occurred in this judicial district.

## FACTS COMMON TO ALL CLAIMS

A. The Longstanding PRESCRIPTION SONGS Marks.

12. Prescription IP is the exclusive owner of all trademark rights, including but not limited to the PRESCRIPTION SONGS Marks, related to the industry-leading independent music publishing and licensing company known as "Prescription Songs." Prescription Songs is the exclusive licensee of those trademark rights.

13. Since at least as early as 2010, Prescription Songs has continuously and exclusively used the PRESCRIPTION SONGS Marks in connection with music publishing and licensing services. Prescription Songs is home to some of the most successful songwriters and producers in the music industry and has an impressive catalog of chart-topping hits.

14. Prescription Songs has published and continues to publish the compositions of world-renowned, Grammy®-nominated songwriters and producers under the PRESCRIPTION SONGS Marks.

15. Since at least as early as 2011, Prescription Songs has continuously used the PRESCRIPTION SONGS Marks on social media to promote its music

publishing services.  True and correct printouts of Plaintiffs' social media accounts on Twitter (@RXSongs), Facebook (@RXSongs) and Instagram (@rxsongs) are attached hereto as Exhibit 1.

16.    As a result of Plaintiffs' extensive use and promotion of the PRESCRIPTION SONGS Marks, throughout the world and in the United States, Plaintiffs have enjoyed overwhelming commercial success and has developed considerable goodwill in the PRESCRIPTION SONGS Marks; the PRESCRIPTION SONGS Marks are widely recognized in the music industry as identifying and/or referring to Prescription Songs, and they readily identify goods and services provided under the PRESCRIPTION SONGS Marks as being of the highest quality, and emanating exclusively from, or being sponsored and approved by, Prescription Songs.  True and correct copies of examples of Plaintiffs' promotional materials using the PRESCRIPTION SONGS Marks are attached hereto as Exhibit 2.

17.    The PRESCRIPTION SONGS Marks have acquired widespread public recognition and renown for providing high-quality music publishing and licensing services.  For example, the American Society of Composers, Authors and Publishers (ASCAP) named Prescription Songs the "Independent Publisher of the Year" in 2013, 2014, and 2015.

18.    The PRESCRIPTION SONGS Marks have also garnered a great deal of media attention, with write-ups and mentions in numerous publications.  True and correct printouts of a sampling of articles are attached hereto as Exhibit 3.

B.    Defendants' New Record Label, "The Prescription Records."

19.    Upon information and belief, in or around January 2019, Defendant Tony Fresch p/k/a Dr. Fresch, a Los Angeles-based producer and DJ, launched a new record label, in partnership with Defendant Insomniac Holdings, LLC d/b/a Insomniac Music Group and Defendant Insomniac Records, LLC, under the infringing name "The Prescription Records."

20.    Upon information and belief, Defendants own and operate the website located at the infringing domain name, https://www.prescriptionrecs.com (the "Infringing Domain Name"), which is branded with the infringing name "The Prescription Records" and a related infringing logo featuring the term "Rx" (logo depicted below).  True and correct screenshots of Defendants' website are attached hereto as Exhibit 4.



21.    Upon information and belief, Defendants have advertised, promoted, offered to distribute, and/or distributed at least two dozen musical releases under the infringing "The Prescription Records" label name.  A true and correct screenshot of numerous of Defendants' releases under that infringing label name, all of which are presently available for sale, is attached hereto as Exhibit 5.

22.    Upon information and belief, concurrently with the debut of their record label, Defendants also began advertising, promoting, offering to distribute, and/or distributing a mix series under the infringing name "The Prescription", which is broadcast weekly on Insomniac Radio and also distributed through "The Prescription" SoundCloud account (soundcloud.com/drfreschtheprescription).  A

true and correct screenshot of the foregoing SoundCloud account is attached hereto as Exhibit 6.

23.     Upon information and belief, Defendants have created and operate social media accounts using the infringing name "The Prescription Records," including on Facebook (@ThePrescriptionRecs), Instagram (@ThePrescriptionRecs), Twitter (@PrescriptionRec), and SoundCloud (soundcloud.com/theprescriptionrecs), through which Defendants advertise, promote, offer to distribute, and/or distribute their record label, mix series, and related goods and services.  True and correct screenshots of the foregoing social media accounts are attached hereto as Exhibit 7.

24.     The infringing designations used by Defendants in conjunction with their record label, mix series, and related goods and services – particularly, the name "The Prescription Records" (including abbreviations thereof, such as "The Prescription") and the related logo – are confusingly similar to the PRESCRIPTION SONGS Marks in appearance, sound, and commercial impression.  In particular, Defendants' "The Prescription Records" name and logo incorporate the dominant elements of the PRESCRIPTION SONGS Marks (*i.e.*, "prescription" and/or "Rx") in their entireties, and use them in combination with (i) the word "the," which has no source-indicating significance, (ii) the word "records," which has a similar meaning as "songs" and is highly descriptive of the music publishing and licensing services for which Prescription Songs and the PRESCRIPTION SONGS Marks are widely known, and/or (iii) the term "Rx," which Plaintiffs have been using for years as described above.

25.     In light of all of the foregoing, Defendants' use of "The Prescription Records" name and logo in conjunction with their record label, mix series, and other music-related goods and services is likely to cause confusion, mistake, or deception, in that consumers are likely to erroneously believe that Defendants' goods and

services are authorized, licensed, sponsored, or approved by, or otherwise affiliated, connected, or associated with, Plaintiffs.

26.    Defendants are not now, nor have they ever been, affiliated, connected, or associated with Plaintiffs, and Plaintiffs have never consented or authorized Defendants to use the PRESCRIPTION SONGS Marks in any way.

27.    Counsel for Plaintiffs contacted Defendant Tony Fresch p/k/a Dr. Fresch regarding "The Prescription Records" name and logo, by sending him a letter stating that Prescription IP is the owner of the well-known PRESCRIPTION SONGS Marks and demanding that Defendants cease and desist all use of their confusingly similar designations. Prescription Songs has not received any response to this letter from Defendants nor have Defendants complied with its demands.

28.    Accordingly, upon information and belief, Defendants have used and continue to use the confusingly similar "The Prescription Records" name and logo with full knowledge, and in willful disregard, of Plaintiffs' prior rights in the PRESCRIPTION SONGS Marks and with the intent to obtain an improper commercial advantage for their record label, mix series, and other music-related goods and services that they would not otherwise have.

## **FIRST CLAIM FOR RELIEF**

### **By Prescription IP and Prescription Songs**

### **(False Designation of Origin in Violation of Section 43(a) of the Lanham Act)**

29.    Plaintiffs repeat and reallege the allegations set forth in each of the preceding paragraphs as if fully set forth herein.

30.    Prescription IP owns valid and protectable trademark rights in the PRESCRIPTION SONGS Marks. Prescription Songs is the exclusive licensee of those trademark rights.

31.    Defendants, without Plaintiffs' consent or authorization, have used and continue to use in commerce, in connection with their record label, mix series, and related goods and services, "The Prescription Records" name (including

abbreviations thereof) and logo in a manner that falsely designates, misleadingly describes, and misrepresents to the general public the origin, sponsorship, and approval of Defendants' services, and is likely to create the erroneous impression that there is some affiliation, connection, or association between Defendants' goods and/or services and Plaintiffs.

32.     Upon information and belief, Defendants' use and continued use of the confusingly similar "The Prescription Records" name and logo has been with full knowledge of Prescription Songs' prior rights, and with deliberate intention to cause confusion, mistake, or deception to the general public as to the affiliation, connection, or association of Defendants and/or Defendants' goods and services, and to benefit from the goodwill associated with the PRESCRIPTION SONGS Marks.

33.     Defendants' aforesaid acts constitute a false designation of origin, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

34.     Defendants' aforesaid acts have caused, and unless restrained by this Court, will continue to cause, irreparable harm and injury to Plaintiffs, including to the goodwill, reputation, and business associated with the PRESCRIPTION SONGS Marks, for which Plaintiffs has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF

### By Prescription IP

### (Cybersquatting in Violation of Section 43(d) of the Lanham Act)

35.     Plaintiffs repeat and reallege the allegations set forth in each of the preceding paragraphs of the Complaint as if fully set forth herein.

36.     Prescription IP owns all rights, title, and interest in and to the distinctive and well-known PRESCRIPTION SONGS Marks.

37.     Upon information and belief, Defendants have registered and are using, without Prescription IP's consent or authorization, the Infringing Domain Name, https://www.prescriptionrecs.com, which resolves to a website owned and/or

operated by Defendants for the purpose of advertising, promoting, offering to distribute, and/or distribute Defendants' goods and/or services.

38. The Infringing Domain Name is confusingly similar to the PRESCRIPTION SONGS Marks, including in that the Infringing Domain Name incorporates the dominant element of the PRESCRIPTION SONGS Marks (*i.e.*, "prescription"), and uses it together with an abbreviation for the word "records" (*i.e.*, "recs"), which has a similar meaning as "songs" and is highly descriptive of the music publishing and licensing services for which Plaintiffs and the PRESCRIPTION SONGS Marks are widely known.

39. Upon information and belief, Defendants' registration and use of the Infringing Domain Name has been with a bad faith intent to profit from the PRESCRIPTION SONGS Marks and to benefit from the longstanding goodwill and reputation associated therewith.

40. Defendants' aforesaid acts constitute a violation of Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d).

41. Defendants' aforesaid acts have caused, and unless restrained by this Court, will continue to cause, irreparable harm and injury to Prescription IP, including to the goodwill, reputation, and business associated with the PRESCRIPTION SONGS Marks, for which Prescription IP has no adequate remedy at law.

## **THIRD CLAIM FOR RELIEF**

### **By Prescription IP and Prescription Songs**

### **(Unfair Business Practices in Violation of Cal. Bus. & Prof. Code § 17200 *et seq.*)**

42. Plaintiffs repeat and reallege the allegations set forth in each of the preceding paragraphs of the Complaint as if fully set forth herein.

43. Defendants have engaged in unlawful, unfair, or fraudulent business practices or acts, as described above, that have injured and will continue to injure Prescription Songs and its business and property.

44.    Defendants' aforesaid acts constitute a violation of California Business and Professions Code §§ 17200 *et seq.*

45.    Defendants' aforesaid acts have caused, and unless restrained by this Court, will continue to cause, irreparable harm and injury to Plaintiffs, including to the goodwill, reputation, and business associated with the PRESCRIPTION SONGS Marks, for which Plaintiffs have no adequate remedy at law.

## FOURTH CLAIM FOR RELIEF

### By Prescription IP and Prescription Songs

### (Common Law Trademark Infringement and Unfair Competition)

46.    Plaintiffs repeat and reallege the allegations set forth in each of the preceding paragraphs of the Complaint as if fully set forth herein.

47.    Prescription IP owns all rights, title, and interest in and to the PRESCRIPTION SONGS Marks, including all common law rights in such marks. Prescription Songs is the exclusive licensee of the PRESCRIPTION SONGS Marks.

48.    Defendants, without Plaintiffs' consent or authorization, have used and continue to use in commerce, in connection with their record label, mix series, and related goods and services, "The Prescription Records" name (including abbreviations thereof) and logo in a manner that is likely to cause confusion, or to cause mistake, or to deceive the general public into erroneously believing that Defendants' record label, mix series, and related goods and services emanate from, are authorized, licensed, sponsored, or endorsed by, or are otherwise affiliated, connected, or associated with Plaintiffs.

49.    Upon information and belief, Defendants' use and continued use of the confusingly similar "The Prescription Records" name and logo has been with full knowledge of Plaintiffs' prior rights, and with deliberate intention to cause confusion, mistake, or deception to the general public as to the affiliation, connection, or association of Defendants and/or Defendants' goods and services, and to benefit from the goodwill associated with the PRESCRIPTION SONGS Marks.

50.    Defendants' aforesaid acts constitute trademark infringement and unfair competition in violation of California common law.

51.    Defendants' aforesaid acts have caused, and unless restrained by this Court, will continue to cause, irreparable harm and injury to Prescription Songs, including to the goodwill, reputation, and business associated with the PRESCRIPTION SONGS Marks, for which Plaintiffs have no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against Defendants as follows:

A.    Finding that Defendants have engaged in trademark infringement, unfair competition, and false designation of origin under state and federal law;

B.    Granting an injunction permanently restraining and enjoining Defendants, their principals, employees, agents, representatives, affiliates, partners, joint venturers, distributors, licensees, and assigns, and all those persons or entities acting in concert or participation with any of them, from:

    i.    Using the PRESCRIPTION SONGS Marks, or any confusingly similar variations thereof, including, without limitation, "The Prescription Records" name (including abbreviations thereof, such as "The Prescription") and logo, on or in connection with Defendants' record label, mix series, and related goods and services;

    ii.    Using any false designation, description, or representation, or otherwise engaging in conduct that is likely to create an erroneous impression that Defendants are affiliated, connected, or associated with Plaintiffs, and/or that Defendants' record label, mix series, and related goods and services originate with, or are sponsored or approved by, Plaintiffs; and

iii.    Doing any act or thing likely to induce the belief that Defendants' record label, mix series, and related goods and services are in any way legitimately sponsored or approved by, or affiliated, connected, or associated with, Plaintiffs.

C.    Ordering Defendants to pay to Plaintiffs all such actual damages and profits attributable to the infringement of the PRESCRIPTION SONGS Marks by Defendants, and all those acting in concert or participation with Defendants, in an amount to be proven at trial;

D.    Ordering Defendants to pay to Prescription IP, for Defendants' violation of 15 U.S.C. § 1125(d), Defendants' actual damages and profits or, in the alternative, an award of statutory damages pursuant to 15 U.S.C. § 1117(d) in an amount of up to $100,000;

E.    Ordering Defendants to pay to Plaintiffs such other and further damages as may be available in accord with California Business and Professions Code §§ 17200 *et seq.*;

F.    Awarding Plaintiffs interest, including all pre-judgment interest, on all damages awarded by the Court;

G.    Awarding Plaintiffs exemplary and punitive damages to deter further willful infringement;

H.    Awarding Plaintiffs their costs in this action, including reasonable attorneys' fees, pursuant to 15 U.S.C. § 1117(a);

I.    Directing Defendants to transfer to Prescription IP, at Defendants' expense, the domain name, https://www.prescriptionrecs.com, and any other domain names owned, operated, and/or controlled by Defendants that consist of, incorporate, or contain the PRESCRIPTION SONGS Marks, or any confusingly similar variation thereof;

J.      Awarding such other and further relief as the court deems just and proper.


DATED:  January 10, 2020              MITCHELL SILBERBERG & KNUPP LLP

By: _____
        Bradley J. Mullins
        Christine Lepera
        Jeffrey M. Movit
        Attorneys for Plaintiffs
        Prescription IP LLC, and Prescription
        Songs, LLC

# **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury as to all issues so triable in this action.

DATED:  January 10, 2020

MITCHELL SILBERBERG & KNUPP LLP

By: _____
Bradley J. Mullins
Christine Lepera
Jeffrey M. Movit
Attorneys for Plaintiffs
Prescription IP LLC, and Prescription Songs, LLC

Mitchell
Silberberg &
Knupp LLP

11540725.4

# EXHIBIT 1



Home    Moments    Search Twitter    Have an account? **Log in**

**Tweets** 3,104    **Following** 223    **Followers** 8,072    **Likes** 1,059    **Follow**

**Tweets**    **Tweets & replies**    **Media**

## Prescription Songs ✔
@RXSongs

Prescription Songs℠ Music Publishing
and Licensing

📅 Joined September 2011

🖼 425 Photos and videos

  

 

📌 Pinned Tweet

**Prescription Songs** ✔ @RXSongs · 31 May 2018
The recap video from our last Behind The Song event with @SarahHudsonuvs @kimpetras & @AaronJ0seph is HERE! 🎹🎛 Link to the full video in our bio! 🎥:
@JadeEhlers

Email or Phone    Password

Log In

Forgot account?





## Prescription Songs
@RXSongs

**Home**

Posts

Reviews

Videos

Photos

About

Community

Events

Create a Page

Like    Share    Suggest Edits

Send Message

### Posts

**Prescription Songs**
November 13, 2019

Can't get over Doja Cat's performance of #Juicy with Tyga on Late Night with Seth Meyers. What a STAR    https://www.youtube.com/watch?v=RMMADGwCOqc&feature=youtu.be

YOUTUBE.COM
**Doja Cat and Tyga: Juicy**
Musical guest Doja Cat and Tyga perform "Juicy" for Late Night with...

3

Like    Comment    Share

**Prescription Songs** shared a post.

---

**Prescription Songs**
Company

5

### Our Story

Prescription Songs Presents "Behind The Song": bit.ly/2NLVhE0

See More

### Community    See All

👍 421 people like this

📶 442 people follow this

### About    See All

📨 **Contact Prescription Songs on Messenger**

🌐 prescriptionsmusic.com

🗂 Company

### Page Transparency    See More

Facebook is showing information to help you better understand the purpose of a Page. See ac ions taken by the people who manage and post content.

Page created - June 21, 2017

---

### See more of Prescription Songs on Facebook

Log In    or    Create New Account



Search

Log In     Sign Up



**rxsongs**     Follow

741 posts          4,301 followers          220 following

**Prescription Songs**
Prescription Songs℠ Music Publishing and Licensing-
americansongwriter.com/prescription-songs-rhea-pasricha-katie-fagan-dr-luke-ric...



NMF

















POSTS          TAGGED










# EXHIBIT 2

# PRESCRIPTION

## SONGS

WHISSELL · QUINN LEWIS · JOY OLADOKUN · JONATHON JIRCITANO

# WME

# TUESDAY, AUGUST 14 | 5:45 PM



*The Steps*
AT WME

## 1201 DEMONBREUN STREET | NASHVILLE

RSVP: THESTEPS@WMEENTERTAINMENT.COM







# PRE SCRI PTION

## S O N G S

### RX 8 OFF 8th TAKEOVER

MONDAY | NOVEMBER 5 | 8:00PM | MERCY LOUNGE | 1 CANNERY ROW

FREE EVENT 18+

ANNA MAE | JONATHON JIRCITANO | JON SANTANA | JAMES DROLL | LO







**PRESCRIPTION SONGS**

PRESENTS

# BRIGETTA
# MATT KOZIOL
# JAMES DROLL
# AND FRIENDS

**FREE SHOW |** 21+

**AUGUST 20, 2019**
**DOORS 6PM | SHOW 7PM**

THE ANALOG
AT THE HUTTON HOTEL

QUESTIONS?
LEAH@DRLUKE.COM










Prescription Songs: Behind The Song Invite          View this email in your browser



Songwriters are the unsung heroes behind the music that shapes the soundtrack of our lives. Prescription Songs invites you to celebrate them with a writers round as they perform the hits they wrote, as well as the songs that inspired them.

---

*Featuring*

Allie X

Chloe Angelides

DallasK

Nate Campany

Doors Open: 7:00 PM

Event Starts at: 7:30 PM

Address: Soho House West Hollywood - Luckman Room

9200 Sunset Blvd

West Hollywood, CA 90069

If you are not a Soho House member, please RSVP by Mon. 9/18.

This invitation is non-transferable. Absolutely no +1's.

  

This email was sent to ashlee@drluke.com

*why did I get this?*    unsubscribe from this list    update subscription preferences
Prescription Songs · 9000 Sunset Blvd. Suite 915 · Los Angeles, CA 90069 · USA



# EXHIBIT 3

## INTERVIEW | Rhea Pasricha and Katie Fagan give an aural prescription for song

### These A&R executives are empowering women in the music business

Like PopDust on Facebook

*Popdust* was lucky to interview two women that have had such an impact on the music industry. Two key executrives at Prescription Songs, *Rhea Pasricha*, Head of A&R West Coast and *Katie Fagan*, Head of A&R Nashville, are leading the way. Prescription Songs, founded by Lukasz Gottwald—mega platinum songwriter-producer Dr. Luke—is a worldwide venture representing nearly 90 industry-leading songwriters.



Rhea Pasricha, Head of A&R West Coast at Prescription Songs

#### How did you get started working in the music industry?

Rhea Pasricha (RP): Luck! I was lucky that I got accepted into the Clive Davis Recorded Music program at NYU, and started interning at various labels and music production houses from my Sophomore year onwards. During my Junior year, I was an intern in the A&R department at Atlantic Records, which lead to a temp job and ultimately a full-time A&R assistant position working for Pete Ganbarg. Juggling my final year of school and a full time job was tough, but it was the best learning experience into A&R and the music industry. After a couple years, I got an opportunity to move to the Atlantic office in Los Angeles and worked under Aaron Bay-Schuck before ultimately making the move over to Prescription Songs.

Katie Fagan (KF): I was a music major in college at Indiana University, but I had no idea how I was going to get out of Bloomington Indiana and make it in the music industry. I was voicing my frustrations to my roommate at the time, and she happened to have an older brother who was an intern in A&R for a couple of summers. She reached out to him and he immediately introduced me to two of his friends in the industry - one was Juan Madrid who, at the time, was SVP Urban A&R at Warner/Chappell, and the other was Chris Anokute, who was SVP A&R at Universal Motown. I ended up getting an internship with Juan at Warner/Chappell in the A&R department that summer which is what moved me out to LA. I stayed in close contact with Chris Anokute as well, which is what lead me to Luke and Prescription a few months later.

#### Did you think you'd end up in the position you're in now?

RP: Coming from a first generation immigrant Indian family with NO connections to the music industry, I never thought I'd be able to be where I am now! I owe it all to the amazing mentors I've had along the way - Pete Ganbarg, Aaron Bay-Schuck, Beka Tischker and Dr. Luke. They took a chance on me and empowered me to trust my ears - and sign writers that I truly believed in. I got to my position now by persistent, putting in grueling hours, and a bit of luck in meeting and building relationships with the right people along the way. I feel super lucky to have crossed paths and work with some of the best mentors and writers, which lead me to where I am today.

KF: I second what Rhea said here. Having mentors and people believe in you and take a chance on you is everything. If I hadn't met Chris Anokute I wouldn't have met Dr. Luke, if I hadn't met Dr. Luke I wouldn't have met Beka Tischker. I owe it all to them. I had never left Indiana before moving to Los Angeles and it was terrifying. And being where I am now took a LOT of blood, sweat and tears. It's incredibly gratifying to see all of those tough early days finally pay off, and to be recognized for our hard work and our passion for music. I's really amazing to be in the place I'm in now - it's a place I always hoped to be in one day and I feel incredibly lucky that I'm living it now. If you would have told me a couple years ago that this is where I would be, I probably wouldn't have believed you!

#### How are you involved with Cirkut and his constantly growing career?

KF: Cirkut is one of the OG's of our team. He actually started working with Luke around the same time I started working for him around seven years ago, and we became good friends after many late nights in the studio. Working alongside Luke for years gave him an amazing platform to launch his own career as a producer, and he's had incredible success on his own with relationships he's developed with artists along the way. Like we do for all of our writers, we are constantly working to get Cirkut and our roster involved in the best artist projects and strategic sessions, depending on what inspires each individual

too!

### How do you choose who to work with?

**RP and KF:** We're an independent company with a small roster, and we pride ourselves on developing writers. Rather than waiting to see what cuts a writer might have coming through the pipeline, we try to find talent early and trust our guts. Talent is obviously an important quality, but even more important than talent is work ethic and personality. Since it's a 24/7 job, we strive to work with someone who is driven and someone people can root for. We have a "no asshole" policy, which applies to both our writer roster and staff - we're a small family and that vibe is super important to us to upkeep!

### What kind of music did you listen to growing up?

**RP:** We have a pretty eclectic group of music tastes at our company! I think the important thing is that we all truly love music - might sound simple and obvious, but I think that's what makes us kind of special. We are constantly sharing music (whether it's signed to Prescription or not) and giving each other album or artist recommendations. Personally, I grew up listening to varied music but definitely leaned Pop. My ultimates are Michael Jackson, Queen, Prince, Stevie Wonder - and of course, being a Michigan girl I grew up loving Eminem and D12!

Katie Fagan, Head of A&R Nashville at Prescription Songs

### How did you find Prescription?

**KF:** Chris Anokute, who I mentioned above, was my key to Prescription. I have always called him my guardian angel because he took a HUGE chance on me by recommending me for the job as Luke's assistant back in 2011. After my internship at Warner/Chappell, I took a job as an assistant in PR and realized quickly that that was not the path for me. Along the way I stayed in touch with Chris, and when I really felt I needed the change I reached out to him with an updated resume and asked him if he had heard about any potential job openings in music. He responded and said that Luke was looking for an assistant. He sent my resume in and even though he only really knew me as the girl from Indiana who loved music and would send him an email every couple of months, he gave me a glowing review to Luke and after a few interviews, I got the job. The rest is history.

**RP:** I was working in Los Angeles as an A&R coordinator Atlantic Records when I started to get to know some of the Prescription Song roster. I started setting up some sessions with a few of the writers, and through that process I got to know Beka Tischker and met Dr. Luke. In 2012, they ultimately called me one day to say they were looking for someone to join the team. I loved the writers and the culture at Prescription Songs, and decided to take the leap. At the time, I was the first A&R hire and there were just under 25 writers signed. Fast forward to now, and we have a staff of almost 20 people and almost 80 writers signed. It's been a incredible honor to watch the company grow over the last six years, but what I'm most proud of is that we've managed to maintain the close-knit community among our staff and writers.

### What's the best part of working in the music industry?

**RP:** I think there's no greater reward than signing a writer that may be unknown or under the radar, and working with them every step of the way to achieve their dreams and career goals. To celebrate all our writers and their every milestone - whether it be their first album out, tv/movie sync, radio play, or Grammy nomination. We work so closely with our writers from day 1, and there's a lot of work that goes into placing every stepping stone along the way. It's a process to take a song demo from its infancy stage to release - we get to see all the steps and incarnations a song takes before it hits the public. And that feeling of hearing a song for the first time on the radio is euphoric. I'll never forget when I heard "Don't Let Me Down" on the radio for the first time. I had signed Emily Warren while she was still in college, and it had been almost 3 years of banging on doors and slowly getting the right opportunities for her. Hearing that song on the radio was an incredible moment for our whole team - I had to pull over to cry! Since then, I've been lucky enough to have a hand with our writers on a few radio records, and the first time hearing it is always stop-the-car special.

**KF:** We get to listen to music everyday. The fact that it is a job is more than a dream come true. And beyond that, we get to work with incredibly talented and loving musicians who have quickly become close friends and family. It's insanely gratifying to have the freedom to sign things we love when they are just a tiny seed with no following or ents or hits under their belt yet. I signed FRENSHIP about three years ago when they had only released two songs on Soundcloud that had about 500 plays each. Fast forward to now and they have a full team, a platinum hit, and are signed to Columbia Records. I set up their first show at the Viper Room two years ago, and this past year I got to see them play at Outside Lands for thousands of fans - it was insane! And I also have a writer named Soaky Siren who I've gotten to develop from the early stages, and she currently has Jason Derulo's single "Tip Toe ft. French Montana" that is killing the game right now. She was also nominated for a Latin Grammy last year for her song in Fast & the Furious called "Hey Ma" by Camila Cabello, J Balvin and Pitbull. And we've been cooking up some stuff for her on the artist side as well that I am incredibly excited for. These are just two examples among the amazing roster we have - they are all special and working their butts off, and it's so fun watching them all succeed when their time comes..

### What obstacles do you feel women commonly face in the music industry?

**KF and RP:** There have been many instances in our careers where we've had to stand up for ourselves and hold our ground in a room full of only men. The music industry is definitely a male-dominated world, and for so long women have been under recognized and under appreciated. As females, we are more than competent, we are more than able. It's time the industry acknowledged and celebrated that. It's not a matter of us stepping up - we've already been working twice as hard, sometimes to only get half as far. A lot of the conflicts we have seen seem to have trickled down from an older era of the industry, but we do feel hopeful that the tides are slowly changing.

### How have you overcome these obstacles?

**RP and KF:** In the past, we've had to sometimes fight to have our ideas heard and taken seriously. We've watched our male counterparts get promotions and accolades faster and easier than we've had them come to us. We've overcome this is by leaning on one another and building each other up, as well nurturing a company culture that gives a voice to each and every employee. Thankfully, at Prescription Songs we've been able to work in a very pro-female environment. We've been lucky to have mentors who support and empower every employee, from our interns to our executives, regardless of gender, race, etc. I think it is so important to creating a safe culture where the best idea always wins and where there is zero space for intolerance.

### What are your hopes for the future of the music industry?

**KF:** I'm looking forward to seeing the comeback of the life of a songwriter being a realistic career choice. They deserve to be paid for their work and they deserve to be recognized. Without songwriters we have no songs, and our songwriters are the heartbeat of this industry. We need to take care of them and pay them properly. Steps are being made and I can't wait to see those steps become greater and greater. I'm hopeful this will come to fruition soon.

happens. The Music Modernization Act is a great start and hopefully opens the conversation for much-needed reform to bring outdated laws into the modern climate. It's an exciting time for music makers and music consumers. It's never been easier to record and release music - I think that has given a level playing field to the industry and produced a lot of amazing artistry. It's also been super fun to see songwriters becoming artists themselves (including helping many of our writers successfully embark on their artist careers). I love that it's brought the emphasis back to the craft of pure songwriting. I can't wait to see what next chapter holds!

Dan Victor is editor of Popdust and producer of Popdust Presents. He is also a music producer, bassist for Low Profile (live hip hop) & The Coldpress (indie rap) and front-man for Ductape Halo (indie rock). Follow on Youtube.

POP ⚡ DUST | READ MORE ...

# HITS Daily Double : Pub Crawling - PRESCRIPTION REFILL

7/31/18



During the **ASCAP Pop Awards**, the following people celebrated the major strides made by **Prescription Songs** and were instructed to take their plaques twice daily with plenty of water: **Clint Gibbs**, **Ashlee Gibbs**, **Katie Mitzell Fagan**, **Rachel Wein**, **Jeremy Poter**, **Alexa Stallings**, **Marlee Kula**, **Jillian Rutstein**, **Casey Zumbrook**, **Siara Behar**, **Megan Wood Peterson**, **Hannah Montgomery**, **Scott Yarmovsky**, **Rhea Pasricha**, presenter **Brett McLaughlin**, **Josh Berkman**, **Tyler Sheppard** and **Kalani Thompson**.

# Exclusive: Prescription Songs Nashville's Katie Fagan Talks New Signings And 'The Other Nashville'

FOLLOW US ON **twitter**

Katie Fagan

Though Nashville has been the home of the country music industry since the 1950s, the city has long offered fertile grounds for music artists outside the country sphere.

In the past two years, perhaps emboldened by the success of Nashville-based artists such as Paramore, Kings of Leon, and Moon Taxi, labels and publishing companies such as Interscope, Curb, Atlantic, Capitol, and Sony/ATV have increasingly committed to plumbing the musical depths of Nashville's non-country artists, hiring A&R and radio promotions to discover and promote artists from Nashville's rock, pop, and R&B scene.

Among the companies in the forefront of that charge is Dr. Luke's Prescription Songs, which recently opened an outpost in Nashville's Music Row area, helmed by **Katie Fagan**, Head of Prescription Songs Nashville, and her assistant **Rachel Wein**.

Fagan, who has been with Prescription Songs for nearly seven years, began attending writing trips to Nashville in addition to her own trips to develop relationships with publishers around town.

"About a year ago, I was here on a work trip, and it dawned on me that there weren't any publishers focusing solely on pop music. I saw that hole and wanted to fill it," Fagan says.

Prescription Songs Nashville recently announced the signings of **Anna Mae** and **LO**, but the roster also includes artist-writer **Whissell**, producer **Cody Clark**, alt R&B band **Basecamp**, country artist-writer **Kevin MaC** (through a joint venture with Keith Stegall), film/TV producer **Oxley** and pop producer **Kipp Williams**.

Fagan's passion to close that gap also drove her to found The Other Nashville Society, a group aimed at gathering industry members who are involved in the non-country music aspects of Nashville.

"While country is king here, we wanted to start a gathering place for those who write, produce, manage, publish, or promote the other artists in the genres of pop, rock, hip-hop, R&B, etc.," says Fagan.

Fagan spoke with *MusicRow* about Prescription Songs' newest signings, the involvement of Dr. Luke, and the cross-pollination between the country and pop landscapes.

*MusicRow*: You recently signed Anna Mae and LO to the Nashville roster. How did you first hear of them and what was the process for signing them?

KF: Anna Mae was put on my radar by a past Prescription employee, who went to Belmont University. Anna Mae was getting a lot of love online for a song she had placed in The Voice promo commercials last summer. I loved her voice and wanted to hear more, so we set up a call and found out she was unpublished. Before I moved to Nashville, I came down here to visit in September and we got to meet in person. I absolutely loved her, and had her work with our amazing producer Kipp Williams here in Nashville. They ended up writing four amazing songs that helped her solidify her sound. From there, she came to Los Angeles and we set up a few select writing sessions to see how she worked with some others on our roster. Everyone adored her, and felt she had something special, so we sent her an offer, and the rest is history!

LO was put on my radar about four days into moving to Nashville. I was invited to an event called Pop Goes Nashville, hosted by my friends at Razor & Tie, and LO was one of the performers. Her voice and presence immediately caught my attention. A few weeks later, we were introduced on email by a mutual friend and she came to hang with me at the office. We really hit it off and I got to hear some of her recorded songs that she not only was singing and had written on, but had produced as well. We set up a few writing sessions here in town and they all went really well, so we decided to send her an offer as well. You'll see a pattern here—we like to get to know someone and then have them work with some other writers within our Prescription family before we send an offer. We have a tight-knit family over here and it's important that everyone gets along and that it feels like the right fit. Getting along musically is just as important as getting along personally. Since I'm just getting started down here, these two key points are especially important so that we can set a positive precedent of the kind of writers we are looking for.

### MR: How involved is Luke in the signing process for new writers for the Nashville division?
KF: Luke has been nothing but supportive through the entire process of moving here. I'd say one of the best parts about working for him is that he does not micro manage anyone and really empowers us to sign things we really believe in. Instead of chart chasing, he encourages us to find things that might only have one play on YouTube. For both Anna Mae & LO, for example, I told him the important cliff notes about them and played him a few songs from each of them. His response both times was "Great—how can I help? What do you want to do? Let's do it!"

After six years of learning his ways, I've learned that we're always taking risks on the things we sign—and he has taught us that we're not always going to 'win' them all—but he trusts that we're all going to put in blood, sweat and tears to try and make it happen. A couple years ago, I signed a band called FRENSHIP—they had no manager, no label, no agent—just Prescription. At the time, they only had a few songs completed, but I heard

something special there. At the time, Luke thought it might be too early to tell whether or not they could be something, but he told me he trusted me wholeheartedly. I remember that once the deal closed, I wanted to prove myself more than ever because of the faith he had put in me. About a year later, after numerous writing sessions, late night listening hangs, and building their brand, their single "Capsize," featuring another Prescription writer Emily Warren, became one of Spotify's biggest success stories. The song now has about 370 million streams and was a Top 20 hit at pop radio. Signings like this are proof of Luke supporting our ears and our tastes, and even with all the success he has had, he continues to trust us to build his roster.

**MR: What has the partnership been like between Big Machine Music and Prescription's Nashville office?**
KF: They have been great friends to have as the new girl in town. We'll always be on the lookout for things that would make sense to work on together. This year in the joint venture, we shared success with RaeLynn's amazing single "Love Triangle" and last year we shared Christina Aguilera's song "Change" co-written by Fancy Hagood.

**MR: Will Prescription Songs' Nashville division only sign pop/rock writers, or are they open to signing country writers as well?**
KF: For now, we are focusing on pop music. Though I am a fan of country, I am still have a lot to learn within that specific genre and building those relationships. The good thing about working in publishing is that no matter the genre, a good song is a good song, so I think cross-pollination will be inevitable (and is already happening). Being a pop-centric company, we'll be utilizing our strength of signing things early and being a part of the artist development process. We have had a great success rate with that and it is a foundation that Luke has encouraged from the beginning. The rich songwriting of Nashville has attracted so many diverse and talented artists, songwriters and producers —many who are perfectly suited for our Prescription Songs ethos.

**MR: More A&R executives are now in Nashville to discover artists and writers from various genres. Have you seen an increased competition in the A&R sector of the industry when it comes to signing new writers/artists?**
KF: It's pretty incredible to see how many people have moved here. It's always good to have healthy competition and also to find people who want to work hand in hand, and find ways to work together in harmony. Nashville is the perfect place for that, which is what makes it so special.

**Share this story:**

# HITS Daily Double : Pub Crawling - PASRICHA & FAGAN UPPED AT RX

1/19/18





**Prescription Songs** has announced the promotions of **Rhea Pasricha** and **Katie Fagan** within the company's A&R department. Pasricha will be Head of A&R on the West Coast based in L.A., while Fagan is now Head of A&R for Nashville.

Both women had a landmark year in 2017 at Prescription, having worked on placements for songs like **Dua Lipa's** "New Rules," **The Weeknd's** "I Feel It Coming," **Fifth Harmony's** "Work From Home" and more.

They're also keeping their fingers crossed for Prescription's **Grammy** nominees **Cirkut**, **David Pramik** and **Nick Bailey**, who have earned nods across the Best Rock Song, Best Rock Performance, Best Rock Album, Best Urban Contemporary Album and Best Reggae Album categories.

In other prescription news, our doctor feels that O.G. Haze has decided curative benefits over Pineapple Clusterfunk.

# EXHIBIT 4

| | |
|---|---|
| Document title: | Artists — The Prescription Records |
| Capture URL: | https://www.prescriptionrecs.com/artists |
| Captured site IP: | 198.185.159.144 |
| Page loaded at (UTC): | Wed, 08 Jan 2020 16:05:26 GMT |
| Capture timestamp (UTC): | Wed, 08 Jan 2020 16:05:42 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 4 |
| Capture ID: | 7e2aea76-0a64-409a-a731-3cf18ebc72ca |
| User: | msk-general |



**RELEASES   ARTISTS   MIXES   EVENTS   NEWS   CONTACT**

# ARTISTS



| ANGELZ | BIJOU | BLAK TRASH | CALIGULA | CORRUPT UK |
| CLOVERDALE | DIV/IDE | DREAD MC | DR.FRESCH | FREAK ON |
| GERRY GONZA | ISENBERG | JACE MEK | JACKNIFE | JAXX DA FISHWORKS |



GERRY GONZA     ISENBERG     JACE MEK     JACKNIFE     JAXX DA FISHWORKS

KENDOLL     KRUDE     LEKTRIQUE     LUIS DA SILVA     MARTEN HØRGER

Neon Steve     NUKID     QLANK     SODF     TOMBZ

TONY ROMERA     TYPE₃

SUBSCRIBE

Sign up with your email address to receive news and updates.



**TONY ROMERA**          **TYPE3**

# SUBSCRIBE

**Sign up with your email address to receive news and updates.**

Email Address          SIGN UP

**We respect your privacy.**

**THE PRESCRIPTION RECORDS**



Page Vault

| | |
|---|---|
| Document title: | The Prescription Mixes — The Prescription Records |
| Capture URL: | https://www.prescriptionrecs.com/mixes |
| Captured site IP: | 198.49.23.145 |
| Page loaded at (UTC): | Wed, 08 Jan 2020 16:05:57 GMT |
| Capture timestamp (UTC): | Wed, 08 Jan 2020 16:06:09 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 2dd2b2b1-a937-4388-8d6c-31f41cccb0c2 |
| User: | msk-general |



**RELEASES   ARTISTS   MIXES   EVENTS   NEWS   CONTACT**

# LATEST MIXES











# SUBSCRIBE

Sign up with your email address to receive news and updates.

Email Address    SIGN UP

We respect your privacy.

THE PRESCRIPTION RECORDS



Document title: The Prescription Mixes — The Prescription Records
Capture URL: https://www.prescriptionrecs.com/mixes
Capture timestamp (UTC): Wed, 08 Jan 2020 16:06:09 GMT
Page 2 of 2

**Page Vault**

| | |
|---|---|
| Document title: | Events — The Prescription Records |
| Capture URL: | https://www.prescriptionrecs.com/events |
| Captured site IP: | 198.49.23.145 |
| Page loaded at (UTC): | Wed, 08 Jan 2020 16:06:13 GMT |
| Capture timestamp (UTC): | Wed, 08 Jan 2020 16:06:27 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | a0372cd3-df1d-438f-ad46-b47a1a490c1d |
| User: | msk-general |



**RELEASES    ARTISTS    MIXES    EVENTS    NEWS    CONTACT**



## COLLECTIVE ZOO PRESENTS ZOOLOGY 2020 – THE PRESCRIPTION RECORDS TAKEOVER

SAT, JAN 25, 2020, 7:00 PM – SUN, JAN 26, 2020, 1:00 AM
DOWNTOWN LAS VEGAS EVENTS CENTER (MAP)

## SUBSCRIBE

**Sign up with your email address to receive news and updates.**

| Email Address | | SIGN UP |

**We respect your privacy.**



# COLLECTIVE ZOO PRESENTS ZOOLOGY 2020 - THE PRESCRIPTION RECORDS TAKEOVER

SAT, JAN 25, 2020, 7:00 PM – SUN, JAN 26, 2020, 1:00 AM
DOWNTOWN LAS VEGAS EVENTS CENTER (MAP)

## SUBSCRIBE

Sign up with your email address to receive news and updates.

| Email Address | SIGN UP |

We respect your privacy.



THE PRESCRIPTION RECORDS



🔒 PageVault

| | |
|---|---|
| Document title: | News — The Prescription Records |
| Capture URL: | https://www.prescriptionrecs.com/news |
| Captured site IP: | 198.49.23.145 |
| Page loaded at (UTC): | Wed, 08 Jan 2020 16:06:33 GMT |
| Capture timestamp (UTC): | Wed, 08 Jan 2020 16:06:51 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 4 |
| Capture ID: | d038511e-d962-45d6-99c0-237395c075ff |
| User: | msk-general |



RELEASES    ARTISTS    MIXES    EVENTS    NEWS    CONTACT

# NEWS



**EDM.COM | CALIGULA MAKES GROUNDBREAKING DEBUT ON PRESCRIPTION RECORDS WITH LUST EP**



Document title: News — The Prescription Records
Capture URL: https://www.prescriptionrecs.com/news
Capture timestamp (UTC): Wed, 08 Jan 2020 16:06:51 GMT

Page 1 of 3



**YourEDM | YOUR EDM PREMIERE: CORRUPT (UK) JOINS RX FAMILY WITH INSANELY HYPE 'KEEP UP' EP**



**EDM Identity | ANGELZ BRINGS THE BOUNCE WITH FRESH HOUSE TUNE "NO RADIO"**



**EARMILK | 'TALK TO ME' ABOUT CLOVERDALE'S DEBUT RELEASE VIA THE PRESCRIPTION RECORDS**



**EARMILK | 'TALK TO ME' ABOUT CLOVERDALE'S DEBUT RELEASE VIA THE PRESCRIPTION RECORDS**

## SUBSCRIBE

Sign up with your email address to receive news and updates.

| Email Address | SIGN UP |

We respect your privacy.

**THE PRESCRIPTION RECORDS**



Document title: News — The Prescription Records
Capture URL: https://www.prescriptionrecs.com/news
Capture timestamp (UTC): Wed, 08 Jan 2020 16:06:51 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Contact — The Prescription Records |
| Capture URL: | https://www.prescriptionrecs.com/contact |
| Captured site IP: | 198.185.159.145 |
| Page loaded at (UTC): | Wed, 08 Jan 2020 16:07:19 GMT |
| Capture timestamp (UTC): | Wed, 08 Jan 2020 16:07:32 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 4f553528-8913-4171-9bff-465ddc7491d4 |
| User: | msk-general |



RELEASES    ARTISTS    MIXES    EVENTS    NEWS    CONTACT

## Name *

## Email *

## Message *

SUBMIT

# SUBSCRIBE

Sign up with your email address to receive news and updates.

Email Address

SIGN UP

We respect your privacy.

**Email** *

**Message** *

SUBMIT

# SUBSCRIBE

Sign up with your email address to receive news and updates.

Email Address

**SIGN UP**

We respect your privacy.

**THE PRESCRIPTION RECORDS**

**a Page Vault**

| | |
|---|---|
| Document title: | The Prescription Records |
| Capture URL: | https://www.prescriptionrecs.com/ |
| Captured site IP: | 198.185.159.144 |
| Page loaded at (UTC): | Wed, 08 Jan 2020 16:03:40 GMT |
| Capture timestamp (UTC): | Wed, 08 Jan 2020 16:04:32 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | f688df78-b56c-4767-874b-bdfaa2c47ecb |
| User: | msk-general |



**RELEASES   ARTISTS   MIXES   EVENTS   NEWS   CONTACT**



## SUBSCRIBE

**Sign up with your email address to receive news and updates.**

| Email Address | SIGN UP |

**We respect your privacy.**

Document title: The Prescription Records
Capture URL: https://www.prescriptionrecs.com/
Capture timestamp (UTC): Wed, 08 Jan 2020 16:04:32 GMT



## SUBSCRIBE

**Sign up with your email address to receive news and updates.**

| Email Address | SIGN UP |
|---|---|

**We respect your privacy.**

**THE PRESCRIPTION RECORDS**



Document title: The Prescription Records
Capture URL: https://www.prescriptionrecs.com/
Capture timestamp (UTC): Wed, 08 Jan 2020 16:04:32 GMT

🔒 Page Vault

| | |
|---|---|
| Document title: | Newest Releases — The Prescription Records |
| Capture URL: | https://www.prescriptionrecs.com/releases |
| Captured site IP: | 198.185.159.144 |
| Page loaded at (UTC): | Wed, 08 Jan 2020 16:04:55 GMT |
| Capture timestamp (UTC): | Wed, 08 Jan 2020 16:05:10 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | b89a8f63-39fc-4a48-bf60-dca623877b80 |
| User: | msk-general |



RELEASES    ARTISTS    MIXES    EVENTS    NEWS    CONTACT

# RELEASES



The Prescription Records
Rx Releases

◖◗ SOUNDCLOUD
⤴ Share

33
TRACKS

| DR. FRESCH - Dr. No [The Prescription Records] | ▶ 97.6K |
| BIJOU - Smack [The Prescription Records] | ▶ 59.3K |
| Tony Romera - Kill The System [The Prescription Records] | ▶ 32.9K |

Cookie policy

# SUBSCRIBE



**33**
TRACKS

| | |
|---|---|
| DR. FRESCH - Dr. No [The Prescription Records] | ▶ 97.6K |
| BIJOU - Smack [The Prescription Records] | ▶ 59.3K |
| Tony Romera - Kill The System [The Prescription Records] | ▶ 32.9K |

Cookie policy

# SUBSCRIBE

**Sign up with your email address to receive news and updates.**

| Email Address | **SIGN UP** |
|---|---|

**We respect your privacy.**

**THE PRESCRIPTION RECORDS**



Document title: Newest Releases — The Prescription Records
Capture URL: https://www.prescriptionrecs.com/releases
Capture timestamp (UTC): Wed, 08 Jan 2020 16:05:10 GMT                    Page 2 of 2

# EXHIBIT 5

**Page Vault**

| | |
|---|---|
| Document title: | The Prescription Records Releases on Beatport |
| Capture URL: | https://www.beatport.com/label/the-prescription-records/74909/releases |
| Captured site IP: | 54.187.42.224 |
| Page loaded at (UTC): | Wed, 08 Jan 2020 16:25:18 GMT |
| Capture timestamp (UTC): | Wed, 08 Jan 2020 16:26:02 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 7 |
| Capture ID: | 7e7f4886-58cb-4980-9391-fc066c94e768 |
| User: | msk-general |







Document title: The Prescription Records Releases on Beatport
Capture URL: https://www.beatport.com/label/the-prescription-records/74909/releases
Capture timestamp (UTC): Wed, 08 Jan 2020 16:26:02 GMT



EXCLUSIVE

**WE'RE BACK**
Neon Steve, Marten Hørger
The Prescription Records

**Binding Problem**
Jace Mek
The Prescription Records

Document title: The Prescription Records Releases on Beatport
Capture URL: https://www.beatport.com/label/the-prescription-records/74909/releases
Capture timestamp (UTC): Wed, 08 Jan 2020 16:26:02 GMT



Document title: The Prescription Records Releases on Beatport
Capture URL: https://www.beatport.com/label/the-prescription-records/74909/releases
Capture timestamp (UTC): Wed, 08 Jan 2020 16:26:02 GMT



**Bladed Black EP**
Jacknife
The Prescription Records

· · ·

**The Hand**
Jacknife
The Prescription Records

· · ·

**Dr. No**
Dr. Fresch
The Prescription Records

· · ·

**The Remedy Vol. 1**
Dr. Fresch, BIJOU, Tony Romera, Gerry Gonza, Tombz, DIV/IDE, Kendoll, FREAK
The Prescription Records

· · ·



© 2004-2020 Beatport, LLC

**COMPANY**
About Beatport
Customer Support
Contact Us
Careers
Logos and Images
Terms and Conditions
Privacy and Cookie Policy
Report Copyright Infringement
Feedback

**NETWORK**
Beatport How To
Beatport LINK
Beatport LINK Playlists
Beatport CLOUD
Beatport Hype for Labels
Beatport Beatportal
Beatport Sounds

**LANGUAGE**
English
Español
Français
Deutsch
Português
Nederlands
Italiana
日本語

Document title: The Prescription Records Releases on Beatport
Capture URL: https://www.beatport.com/label/the-prescription-records/74909/releases
Capture timestamp (UTC): Wed, 08 Jan 2020 16:26:02 GMT

# EXHIBIT 6

**Page Vault**

| | |
|---|---|
| Document title: | The Prescription \| Free Listening on SoundCloud |
| Capture URL: | https://soundcloud.com/drfreschtheprescription |
| Captured site IP: | 99.84.179.38 |
| Page loaded at (UTC): | Wed, 08 Jan 2020 16:08:02 GMT |
| Capture timestamp (UTC): | Wed, 08 Jan 2020 16:09:06 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 18 |
| Capture ID: | 8afd9dd1-7b96-4de4-a7e5-33a7dc3f2033 |
| User: | msk-general |



































# EXHIBIT 7

**Page Vault**

| | |
|---|---|
| Document title: | The Prescription Records - Videos |
| Capture URL: | https://www.facebook.com/pg/ThePrescriptionRecs/videos/?ref=page_internal |
| Captured site IP: | 31.13.66.35 |
| Page loaded at (UTC): | Wed, 08 Jan 2020 16:36:08 GMT |
| Capture timestamp (UTC): | Wed, 08 Jan 2020 16:40:33 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 4cee0771-3a5b-456c-a54f-a5b17b86e321 |
| User: | msk-general |



**Page Vault**

| | |
|---|---|
| Document title: | The Prescription Records (@theprescriptionrecs) • Instagram photos and videos |
| Capture URL: | https://www.instagram.com/ThePrescriptionRecs/ |
| Captured site IP: | 31.13.71.174 |
| Page loaded at (UTC): | Wed, 08 Jan 2020 16:20:07 GMT |
| Capture timestamp (UTC): | Wed, 08 Jan 2020 16:20:29 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 5 |
| Capture ID: | 9c9c5607-3db1-4fdd-8c14-4050ceda4855 |
| User: | msk-general |





## theprescriptionrecs   **Follow** ▾   ···

**32 posts**   **3,042 followers**   **30 following**

**The Prescription Records**
@collectivezoo takeover
Las Vegas 1/25! Tickets below ▾▾
collectivezoo.com/events/collective-zoo-presents-zoology-2020-prescription-reco...

⊞ **POSTS**     ⬚ **TAGGED**











Document title: The Prescription Records (@theprescriptionrecs) • Instagram photos and videos
Capture URL: https://www.instagram.com/ThePrescriptionRecs/
Capture timestamp (UTC): Wed, 08 Jan 2020 16:20:29 GMT

















































ABOUT US    SUPPORT    PRESS    API    JOBS    PRIVACY    TERMS    DIRECTORY    PROFILES    HASHTAGS    LANGUAGE

© 2020 INSTAGRAM

**Page Vault**

| | |
|---|---|
| Document title: | (3) The Prescription Records (@PrescriptionRec) / Twitter |
| Capture URL: | https://twitter.com/PrescriptionRec |
| Captured site IP: | 104.244.42.65 |
| Page loaded at (UTC): | Wed, 08 Jan 2020 16:21:53 GMT |
| Capture timestamp (UTC): | Wed, 08 Jan 2020 16:23:52 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 13 |
| Capture ID: | 0771d1ae-943a-418a-bbfe-f697f8bfd518 |
| User: | msk-general |





The Prescription Records
36 Tweets

Qlank and 3 others

💬 5    🔁 7    ♡ 22    ⬆️

🔁 The Prescription Records Retweeted

TYPE3 @TYPE3LV · Dec 11, 2019
Next month it's going down! @PrescriptionRec X Zoology. I'll be going b2b with my cousin @ItsSebastianK 🔥

Tix: CollectiveZoo.com

DR. FRESCH
•ALPHABETICAL•
BOTNEK b2b SINDEN
CORRUPT UK b2b MASTERIA
FREAK ON b2b MORELIA
JACK BEATS b2b MATRODA
SEBASTIAN K. b2b TYPE3

JANUARY 25, 2020

7:00PM - 1:00AM •18+ TO ENTER | 21+ TO DRINK
TICKETS & MORE INFO AT COLLECTIVEZOO.COM
200 S 3RD ST, LAS VEGAS, NV 89101 BOX OFFICE: 800-745-3000

🤓 DR. FRESCH 🤓 and 8 others

💬 1    🔁 9    ♡ 23    ⬆️

The Prescription Records @PrescriptionRec · Dec 11, 2019
VEGAS! We are taking over @CollectiveZoo's #ZOOLOGY on 1/25/20 💉:
bit.ly/2PErbA6

DR. FRESCH
•ALPHABETICAL•
BOTNEK b2b SINDEN
CORRUPT UK b2b MASTERIA
FREAK ON b2b MORELIA
JACK BEATS b2b MATRODA
SEBASTIAN K. b2b TYPE3

JANUARY 25, 2020

7:00PM - 1:00AM •18+ TO ENTER | 21+ TO DRINK
TICKETS & MORE INFO AT COLLECTIVEZOO.COM
200 S 3RD ST, LAS VEGAS, NV 89101 BOX OFFICE: 800-745-3000

botnek and 9 others

You might like

Jace Mek
@jacemek                    Follow

KENDOLL x)
@kendollmusik               Follow

Cloverdale
@ItsCloverdale              Follow

Show more

Trends for you

Trending in United States
#ukraineplanecrash
5,943 Tweets

World news
No survivors after
Boeing 737 aircraft ...

Politics · Trending
#IranVSAmerica
50.1K Tweets

Celebrities · Trending
Larry David
5,898 Tweets

Celebrity
Larry David shares his
fashion theory that ...

Politics · Trending
#IvotedforHillaryClinton
44.7K Tweets

Rock Music · Trending
#DavidBowie
25K Tweets

Show more



The Prescription Records
36 Tweets

You might like

Jace Mek
@jacemek
Follow

KENDOLL x)
@kendollmusik
Follow

Cloverdale
@ItsCloverdale
Follow

Show more

Trends for you

Trending in United States
#ukraineplanecrash
5,943 Tweets

World news
No survivors after
Boeing 737 aircraft ...

Politics · Trending
#IranVSAmerica
50.1K Tweets

Celebrities · Trending
Larry David
5,898 Tweets

Celebrity
Larry David shares his
fashion theory that ...

Politics · Trending
#IvotedforHillaryClinton
44.7K Tweets

Rock Music · Trending
#DavidBowie
25K Tweets

Show more

Terms   Privacy policy   Cookies
Ads info   More ⌄   © 2020 Twitter, Inc.

---

JANUARY 25, 2020

7:00PM - 1:00AM·18+ TO ENTER / 21+ TO DRINK
TICKETS & MORE INFO AT COLLECTIVEZOO.COM
200 S 3RD ST, LAS VEGAS, NV 89101 BOX OFFICE: 800-745-3000

botnek and 9 others

💬      ♻ 7      ♡ 22      ⬆

Who to follow

🤓 DR. FRESCH 🤓 ✓
@DrFresch
FIRST DR. FRESCH MERCH DROP EVER ⬇
Follow

FREAK ON
@FREAKONmusic
#FREAKSQUAD
Follow

Jace Mek
@jacemek
deconstructionist
Follow

Show more

↱ The Prescription Records Retweeted

🤓 DR. FRESCH 🤓 ✓ @DrFresch · Nov 19, 2019         ⌄
YOU CALLED THE DOC AND I OPENED THE PHARMACY BACK UP WITH 37
NEW EDITS, VIP REMIXES, AND GOODIES - I'M PROUD TO BRING YOU "THE
MEDICINE CABINET VOLUME 2"

app.hive.co/l/2xu1ci

THE MEDICINE CABINET 2

💬 15      ♻ 30      ♡ 186      ⬆

Ⓡ The Prescription Records @PrescriptionRec · Oct 30, 2019         ⌄
Thank you @TheEDMNetwork for the premiering the debut of
@Caligulaisback - LUST EP Out Now: ffm.to/lustep

Document title: (3) The Prescription Records (@PrescriptionRec) / Twitter
Capture URL: https://twitter.com/PrescriptionRec
Capture timestamp (UTC): Wed, 08 Jan 2020 16:23:52 GMT                                    Page 3 of 12



Caligula Makes Groundbreaking Debut on Prescription Records with Lus...
Dr. Fresch's Prescription Records welcomes a new artist to the family.
🔗 edm.com

💬          ↻ 1          ♡ 1          ⬆

**The Prescription Records** @PrescriptionRec · Sep 13, 2019
Thank you @YourEdm for the premiere and amazing write-up! 🙏

CORRUPT UK™ 013
Keep Up EP

Your EDM Premiere: Corrupt (UK) Joins Rx Family with Insanely Hype 'Ke...
Corrupt (UK) just hit us with a bumping new EP fueled by his signature
grimy UK sound, out now via The Prescription Records. With this double...
🔗 youredm.com

💬 1          ↻ 3          ♡ 10          ⬆

**The Prescription Records** @PrescriptionRec · Aug 7, 2019
Thank you @EDMIdentity for premiering our next release!
@ANGELZOFFICIAL - "No Radio" out tomorrow! Pre-save: bit.ly/2Yv7K4c

> **EDM Identity** @EDMIdentity · Aug 6, 2019
> If you loved when @ANGELZOFFICIAL turned up the #Heat earlier this
> summer you'll definitely want to tune in and listen to his latest track
> #NoRadio!
>
> #ANGELZ
>
> edmidentity.com/2019/08/06/ang...

💬          ↻          ♡ 2          ⬆

**The Prescription Records** @PrescriptionRec · Aug 1, 2019
WE'RE PROUD TO INTRODUCE

**You might like**

Jace Mek
@jacemek                    Follow

KENDOLL x)
@kendollmusik               Follow

Cloverdale
@ItsCloverdale              Follow

Show more

**Trends for you**

Trending in United States
#ukraineplanecrash
5,943 Tweets

World news
No survivors after
Boeing 737 aircraft ...

Politics · Trending
#IranVSAmerica
50.1K Tweets

Celebrities · Trending
Larry David
5,898 Tweets

Celebrity
Larry David shares his
fashion theory that ...

Politics · Trending
#IvotedforHillaryClinton
44.7K Tweets

Rock Music · Trending
#DavidBowie
25K Tweets

Show more

Terms   Privacy policy   Cookies
Ads info   More ⌄   © 2020 Twitter, Inc.















The Prescription Records
36 Tweets

**You might like**

Jace Mek
@jacemek
**Follow**

KENDOLL x)
@kendollmusik
**Follow**

Cloverdale
@ItsCloverdale
**Follow**

Show more

**Trends for you**

Trending in United States
#ukraineplanecrash
5,943 Tweets

World news
No survivors after
Boeing 737 aircraft ...

Politics · Trending
#IranVSAmerica
50.1K Tweets

Celebrities · Trending
Larry David
5,898 Tweets

Celebrity
Larry David shares his
fashion theory that ...

Politics · Trending
#IvotedforHillaryClinton
44.7K Tweets

Rock Music · Trending
#DavidBowie
25K Tweets

Show more

---

The Prescription Records Retweeted

**The Prescription Records** @PrescriptionRec · Feb 20, 2019
After a HUGE single release on Friday, jacknifemusic brought in heavy reinforcements for his Bladed Black EP. Listen to all 4 of these colossal tracks now - link in... instagram.com/theprescriptio...
💬 1    ♻ 2    ♡ 6

**The Prescription Records** @PrescriptionRec · Feb 20, 2019
After a HUGE single release on Friday, jacknifemusic brought in heavy reinforcements for his Bladed Black EP. Listen to all 4 of these colossal tracks now - link in... instagram.com/theprescriptio...
💬 1    ♻ 2    ♡ 6

**The Prescription Records** @PrescriptionRec · Feb 15, 2019
Massive release from our boy down under, jacknifemusic "The Hand" is the premiere single of his fourth-coming EP "Bladed Black", available 2.20.19 via @PrescriptionRec 🔥 instagram.com/theprescriptio...
💬    ♻    ♡ 1

**The Prescription Records** @PrescriptionRec · Feb 6, 2019
January was crazy! We had an amazing launch with our first release "The Remedy Vol. 1" and our SoCal fans showed the f*ck up for our launch party. We have another release just around the... instagram.com/p/BthVCN0g2VO/...
💬    ♻    ♡ 7

**The Prescription Records** @PrescriptionRec · Jan 24, 2019
Our label launch party wouldn't have been possible without our loyal fans and amazing artists - thank you all 🙏
Recap video coming soon... instagram.com/p/Bs_--zFH6pH/...
💬    ♻    ♡ 2

**The Prescription Records** @PrescriptionRec · Jan 22, 2019
We are so appreciative of everyone involved for making our launch week so special. Thank you to our friends at @thissongissick_ dancingastro @youredm @TheEDMNetwork & @insomniacevents for...
instagram.com/p/Bs6upNoHR9r/...
💬 1    ♻    ♡ 8

**The Prescription Records** @PrescriptionRec · Jan 16, 2019
Thank you @dancingastro for the amazing write-up!

Terms    Privacy policy    Cookies
Ads info    More ⌄    © 2020 Twitter, Inc.



Document title: (3) The Prescription Records (@PrescriptionRec) / Twitter
Capture URL: https://twitter.com/PrescriptionRec
Capture timestamp (UTC): Wed, 08 Jan 2020 16:23:52 GMT

**Page Vault**

| | |
|---|---|
| Document title: | The Prescription Records | Free Listening on SoundCloud |
| Capture URL: | https://soundcloud.com/theprescriptionrecs |
| Captured site IP: | 99.84.179.46 |
| Page loaded at (UTC): | Wed, 08 Jan 2020 16:24:17 GMT |
| Capture timestamp (UTC): | Wed, 08 Jan 2020 16:25:07 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 11 |
| Capture ID: | 78e5950c-b5d0-45dd-8d15-5b9f00effb96 |
| User: | msk-general |





Document title: The Prescription Records | Free Listening on SoundCloud
Capture URL: https://soundcloud.com/theprescriptionrecs
Capture timestamp (UTC): Wed, 08 Jan 2020 16:25:07 GMT





Document title: The Prescription Records | Free Listening on SoundCloud
Capture URL: https://soundcloud.com/theprescriptionrecs
Capture timestamp (UTC): Wed, 08 Jan 2020 16:25:07 GMT





Document title: The Prescription Records | Free Listening on SoundCloud
Capture URL: https://soundcloud.com/theprescriptionrecs
Capture timestamp (UTC): Wed, 08 Jan 2020 16:25:07 GMT





Document title: The Prescription Records | Free Listening on SoundCloud
Capture URL: https://soundcloud.com/theprescriptionrecs
Capture timestamp (UTC): Wed, 08 Jan 2020 16:25:07 GMT



Document title: The Prescription Records | Free Listening on SoundCloud
Capture URL: https://soundcloud.com/theprescriptionrecs
Capture timestamp (UTC): Wed, 08 Jan 2020 16:25:07 GMT

